**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10–cv–03038–WJM–KMT

UNITED STATES OF AMERICA, for the use of Metco Landscape, Inc.,

    Plaintiff,

v.

ALUTIIQ GLOBAL SOLUTIONS, LLC, an Alaska company,
ALUTIIQ INTERNATIONAL SOLUTIONS, LLC, an Alaska company, and
SAFECO INSURANCE COMPANY OF AMERICA, a Washington company,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, filed March 31, 2011 (ECF No. 10). The Court being fully advised in the premises, hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs pursuant to the terms of the Settlement Agreement of the parties.

It is SO Ordered.

Dated this 31st day of March, 2011.

                                              BY THE COURT:

                                              William J. Martínez
                                              United States District Judge